| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | KYLE R. RATLIFF |
|   | Special Assistant U.S. Attorney |
| 3 | 412 TW/JA |
|   | 1 South Rosamond Blvd. |
| 4 | Edwards AFB, California 93524 |
|   | Phone: (661) 277-4316 / Fax: (661) 277-2887 |
| 5 | |
| 6 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Citation No. 6553984 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND |
| | ) | PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| | ) | |
| STEVEN L. STILES, | ) | |
| | ) | |
| Defendant | ) | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 6553984 against STEVEN L. STILES without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: November 22, 2017       Respectfully Submitted,
                                         Phillip A. Talbert
                                         United States Attorney

By:   */s/ Kyle R. Ratliff*
        Kyle R. Ratliff
        Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 6553984 against STEVEN L. STILES be dismissed without prejudice, in the interest of justice.

Dated:    November 29, 2017

                                    /s/ Jennifer L. Thurston
                                    HON. JENNIFER L. THURSTON
                                    United States Magistrate Judge